**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.: (973) 285-3239 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.71.68.16,<br><br>　　　　　Defendant. | Civil Action No. 1:18-cv-02674-RBK-JS<br><br>[~~PROPOSED~~] **ORDER** |
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.116.36.190,<br><br>　　　　　Defendant. | Civil Action No. 1:18-cv-12585-NLH-JS |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>JOHN DOE subscriber assigned IP address 76.116.76.28,<br><br>   Defendant. | Civil Action No. 1:18-cv-12586-JHR-JS |
| STRIKE 3 HOLDINGS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>JOHN DOE subscriber assigned IP address 76.116.4.83,<br><br>   Defendant. | Civil Action No. 1:18-cv-16564-RBK-JS |
| STRIKE 3 HOLDINGS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>JOHN DOE subscriber assigned IP address 173.71.88.194,<br><br>   Defendant. | Civil Action No. 1:18-cv-16565-RMB-JS |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.61.123.185,<br><br>        Defendant. | Civil Action No. 1:18-cv-16566-NLH-JS |
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.199.120.248,<br><br>        Defendant. | Civil Action No. 1:18-cv-17594-RBK-JS |
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.116.3.105,<br><br>        Defendant. | Civil Action No. 1:18-cv-17595-RBK-JS |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.194.76.148,<br><br>        Defendant. | Civil Action No. 1:19-cv-00894-RMB-JS |
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.116.95.148,<br><br>        Defendant. | Civil Action No. 1:19-cv-00895-RMB-JS |
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 174.57.174.87,<br><br>        Defendant. | Civil Action No. 1:19-cv-14014-NLH-JS |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.215.174.234,<br><br>        Defendant. | Civil Action No. 1:19-cv-14015-JHR-JS |
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.80.57.239,<br><br>        Defendant. | Civil Action No. 1:19-cv-14016-JHR-JS |

**THIS MATTER** having been opened to the Court by John C. Atkin, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), on an Application to assign these matters to one District Judge, pursuant to Local Civil Rule 40.1(e) ("Application"); it appearing that Plaintiff has filed an appeal of the Magistrate Judge's decision(s) denying Plaintiff's motions for leave to conduct limited early discovery and for an extension of time to serve process in these matters; it further appearing that no opposing counsel has appeared in these matters; the Court having considered Plaintiff's letter in connection with the Application pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

    **IT IS** on this 4th day of November, 2019,

    **ORDERED** that Plaintiff's Application is GRANTED; and

5

**IT IS FURTHER ORDERED** that these matters are assigned to the Honorable Noel L. Hillman, U.S.D.J., pursuant to L. Civ. R. 40.1(e).

By: _____
The Honorable Freda L. Wolfson
United States Chief District Judge